**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Southern Trace LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Sourthern Trace Roofing LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-2216998** |

4. **Debtor's address**

**Principal place of business**

**5694 Roanoke Road**
**Troutville, VA 24175**
Number, Street, City, State & ZIP Code

**Botetourt**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)   **Sutherntracellc.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Southern Trace LLC**                                              Case number (*if known*) _____
     Name

---

**7.** **Describe debtor's business**    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
       http://www.uscourts.gov/four-digit-national-association-naics-codes.

        **2361**

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

    ☐ Chapter 7

    ☐ Chapter 9

    ■ Chapter 11. *Check **all** that apply*:

        ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

        ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

    ■ No.
    ☐ Yes.

    District _____   When _____   Case number _____
    District _____   When _____   Case number _____

---

Debtor __Southern Trace LLC_____     Case number (*if known*) _____
     Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____     Relationship _____
District _____ When _____     Case number, if known _____

**11.** **Why is the case filed in *this district?***

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
             Contact name _____
             Phone _____

### Statistical and administrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page 3

Debtor   **Southern Trace LLC**                                          Case number (*if known*) _____
         Name

☐  $50,001 - $100,000            ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐  $100,001 - $500,000           ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐  $500,001 - $1 million         ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor   **Southern Trace LLC**                                              Case number *(if known)* _____
         Name

████   **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
         imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**            The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
**representative of debtor**
                             I have been authorized to file this petition on behalf of the debtor.

                             I have examined the information in this petition and have a reasonable belief that the information is true and correct.

                             I declare under penalty of perjury that the foregoing is true and correct.

                             Executed on    08/10/2026
                                            MM / DD / YYYY

                             X _____              Randy L. Martin
                                Signature of authorized representative of debtor   Printed name

                             Title   **Managing Member**


**18. Signature of attorney**   X _____            Date   08/10/2026
                                   Signature of attorney for debtor                   MM / DD / YYYY

                                **Robert S. Westermann 43294**
                                Printed name

                                **Spotts Fain PC**
                                Firm name

                                **411 E. Franklin Street**
                                **Suite 600**
                                **Richmond, VA 23219**
                                Number, Street, City, State & ZIP Code

                                Contact phone   **(804) 697-2000**      Email address   **rwestermann@spottsfain.com**

                                **43294 VA**
                                Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Southern Trace LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
■ Other document that requires a declaration   **Mailing Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **08/10/2026**      X _____
Signature of individual signing on behalf of debtor

**Randy L. Martin**
Printed name

**Managing Member**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Southern Trace LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF VIRGINIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ABC Supply 3525 Aerial Way Drive Roanoke, VA 24018** | | **Vendor** | | | | **$25,244.80** |
| **Chase Bank P.O. Box 15123 Wilmington, DE 19850** | | **Merchant Cash Advance** | **Disputed** | | | **$19,920.90** |
| **Corell Electrical Contractors, Inc P.O. Box 4213 Roanoke, VA 24015** | | **Subcontractor** | | | | **$92,000.00** |
| **Dogwood Concrete 49A E. Lee Street Warrenton, VA 20186** | | **Subcontractor** | | | | **$39,665.00** |
| **Erie Insurance P.O. Box 28120 Henrico, VA 23228** | | **Insurance/Workers Comp** | | | | **$17,000.00** |
| **Ferguson Garage Door 3313 Plantation Avenue Roanoke, VA 24012** | | **Subcontractor** | | | | **$8,241.26** |
| **Internal Revenue Service P.O. Box 931000 Louisville, KY 40293** | | **Taxes** | | | | **$0.00** |
| **Nelligan Insulation 2539 Fairview Avenue Roanoke, VA 24012** | | **Subcontractor** | | | | **$9,004.25** |
| **Path2Capital 418 Broadway Suite 6032 Albany, NY 12207** | **Yoni Gluck, L&K Legal ygluck@landklegal.com 646-631-3310** | **Merchant Cash Advance** | **Disputed** | | | **$193,721.52** |

Debtor  **Southern Trace LLC**                                                Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Square Advance 7901 4th Street Suite 300 Saint Petersburg, FL 33702** | **Jack Madeb, Esquire** <br><br> info@madeblaw.com <br> 732-649-8945 | **Merchant Cash Advance** | **Disputed** | | | $209,535.13 |
| **Sunbelt Rentals 5130 Peterscreek Road Roanoke, VA 24019** | | **Vendor** | | | | $36,000.00 |
| **ZJ Home Improvement 3403 Glen Rock Lane Roanoke, VA 24014** | | **Subcontractor** | | | | $33,998.00 |

Southern Trace LLC - 1

ABC SUPPLY
3525 AERIAL WAY DRIVE
ROANOKE, VA 24018


BOTETOURT COUNTY COMMISSIONER
 57 S CENTER DRIVE
DALEVILLE, VA 24083


CHASE BANK
P.O. BOX 15123
WILMINGTON, DE 19850


CORELL ELECTRICAL CONTRACTORS, INC
P.O. BOX 4213
ROANOKE, VA 24015


DOGWOOD CONCRETE
49A E. LEE STREET
WARRENTON, VA 20186


ERIE INSURANCE
P.O. BOX 28120
HENRICO, VA 23228


FERGUSON GARAGE DOOR
3313 PLANTATION AVENUE
ROANOKE, VA 24012


INTERNAL REVENUE SERVICE
P.O. BOX 931000
LOUISVILLE, KY 40293


INTERNAL REVENUE SERVICE
210 FIRST STREET SW
ROANOKE, VA 24011


L&K LEGAL
70 E. SUNRISE HIGHWAY
SUITE 605
VALLEY STREAM, NY 11581

Southern Trace LLC - 2

MADEB LAW PLLC
1202 AVENUE U, #1287
BROOKLYN, NY 11229


NELLIGAN INSULATION
2539 FAIRVIEW AVENUE
ROANOKE, VA 24012


PATH2CAPITAL
418 BROADWAY
SUITE 6032
ALBANY, NY 12207


SQUARE ADVANCE
7901 4TH STREET
SUITE 300
SAINT PETERSBURG, FL 33702


SUNBELT RENTALS
5130 PETERSCREEK ROAD
ROANOKE, VA 24019


VIRGINIA DEPARTMENT OF TAXATION
1957 WESTMORELAND STREET
RICHMOND, VA 23230


ZJ HOME IMPROVEMENT
3403 GLEN ROCK LANE
ROANOKE, VA 24014

# United States Bankruptcy Court
## Western District of Virginia

In re  **Southern Trace LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Randy L. Martin**<br>**5694 Roanoke Road**<br>**Troutville, VA 24175** | | **100** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date      08/10/2026

Signature _____
Randy L. Martin

Penalty for making a false statement of concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Western District of Virginia

In re   **Southern Trace LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Southern Trace LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

08/10/2026

Date

**Robert S. Westermann 43294**

Signature of Attorney or Litigant
Counsel for   **Southern Trace LLC**
**Spotts Fain PC**
**411 E. Franklin Street**
**Suite 600**
**Richmond, VA 23219**
**(804) 697-2000 Fax:(804) 697-2100**
**rwestermann@spottsfain.com**

**ACTION BY WRITTEN CONSENT OF THE OWNER AND MANAGING MEMBER OF SOUTHERN TRACE LLC TO FILE FOR BANKRUPTCY PROTECTION UNDER SUBCHAPTER V OF CHAPTER 11 OF THE BANKRUPTCY CODE AND EMPLOY PROFESSIONALS IN SUPPORT THEREOF**

The undersigned, being the owner and managing member of Southern Trace LLC (the "Company"), a Virginia corporation, hereby certifies that the following resolutions were duly adopted and that such resolutions have not been modified, amended, or rescinded and remain in full force and effect as of the date set forth below.

## RECITALS

WHEREAS Randy L. Martin (the "Owner") currently owns one hundred percent (100%) of the ownership interests of the Company; and

WHEREAS the Owner has determined that it is advisable and in the best interests of the Company, its creditors, employees, and other interested parties for the Company to seek relief under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

## RESOLUTIONS

NOW, THEREFORE, BE IT RESOLVED that it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Subchapter V of Chapter 11 of the Bankruptcy Code.

RESOLVED FURTHER, that the Owner is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute and verify petitions and any amendments thereto under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") and to cause the same to be filed in the United States Bankruptcy Court for the Western District of Virginia, Roanoke Division (the "Bankruptcy Court"), or in such other jurisdiction as the Owner shall determine appropriate.

RESOLVED FURTHER that the law firm of Spotts Fain P.C., Richmond, Virginia, is hereby retained and employed as attorneys for the Company under a general retainer in connection with the Chapter 11 Case, subject to approval by the Bankruptcy Court.

RESOLVED FURTHER that the Owner, and any employees, agents, or representatives of the Company, including legal counsel designated or directed by the Owner, are hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute and file all petitions, schedules, statements, motions, applications, pleadings, lists, and other papers, and to take any and all actions deemed necessary, proper, or desirable in connection with the Chapter 11 Case, including actions related to the successful prosecution of the case and confirmation of a plan of reorganization, subject to approval by the Bankruptcy Court.

RESOLVED FURTHER that the Owner is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to retain and employ legal counsel, accountants, financial advisors, restructuring consultants, and such other professionals as may be necessary or desirable in connection with the Chapter 11 Case and the successful prosecution thereof, including confirmation of a plan of reorganization, subject to approval by the Bankruptcy Court.

## CERTIFICATION

IN WITNESS WHEREOF, the undersigned has executed this Action by Written Consent as of this 4th day of August 2026.

By: _____

Randy L. Martin
Owner/Managing Member
Southern Trace LLC

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Roanoke Division**

|  |  |
|---|---|
| In Re:                                    )<br>                                               )<br>Southern Trace, LLC,                )<br>                                               )<br>        Debtor.                            )<br>                                               ) | Chapter 11 Proceeding<br><br>Case No. |

## DECLARATION UNDER BANKRUPTCY CODE SECTION 1116(1)(B)

I, Randy L. Martin, hereby certify that I am the Managing Member of Southern Trace, LLC and that no balance sheet, statement of operations, or cash-flow statement has been prepared for Southern Trace, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 10, 2026.

Randy L. Martin, Managing Member
Southern Trace, LLC
5694 Roanoke Road
Troutville, VA 24175

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

_____ Western _____ District Of __Virginia_____

**In re**   Sourthern Trace, LLC

Case No. _____

**Debtor**                                         Chapter __11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ TBD_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $ 8,000_____

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ TBD_____

2.  The source of the compensation paid to me was:

    ☑ Debtor            ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor            ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/25)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [List other services that counsel has agreed to provide]

    All necessary services related to the Chapter 11 case, including but not limited to preparation of a Sub V Chapter 11 plan

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 08/10/2026 | | |
|---|---|---|
| *Date* | *Signature of Attorney* | |
| | Spotts Fain PC | |
| | *Name of law firm* | |